THE PEOPLE OF THE STATE OF NEW YORK ex rel. LAWRENCE INVESTING COMPANY, Respondent, against FRANK C. BOWERS et al., Constituting the Board of Review of the Town of Eastchester, et al., Appellants.

Submitted June 5, 1944; decided June 8, 1944.

*Ralph A. McClelland* for motion.

No one opposed.

Motion dismissed, with ten dollars costs and necessary printing disbursements on the ground that the order does not finally determine the proceeding within the meaning of the Constitution.